# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>KEITH LAMONT STALLWORTH<br>DOB ███████, In Custody - Fayette County<br><br>*Defendant(s)* | Case No.<br>5:23-mj-5291 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 10, 2023__ in the county of __Fayette__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) | KNowing and Intentional Possession With Intent to Distribute a mixture or substance containing a detectable amount of Methamphetamine and a detectable amount of Fentanyl, both Schedule II Controlled Substances. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Thomas Clements
*Complainant's signature*

Thomas Clements, Task Force Agent - DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Criminal. P. 4.1 transmitted by reliable electronic means (e-mail).

Date: 08/11/2023

*Judge's signature*

City and state: Lexington, KY

Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*