**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:23-MJ-05291-MAS**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**V.**            **MOTION OF UNITED STATES FOR WRIT**
         **OF HABEAS CORPUS AD PROSEQUENDUM**

**KEITH LAMONT STALLWORTH**                          **DEFENDANT**

\* \* \* \* \*

The Defendant, **KEITH LAMONT STALLWORTH** is now confined at the Boyle County Detention Center in Danville, Kentucky, awaiting trial for a violation of Kentucky law.  Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **KEITH LAMONT STALLWORTH** to the United States Marshal so that **STALLWORTH** may be brought before this Court for an initial appearance, arraignment and for other proceedings.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:    s/Roger W. West
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4895
       Roger.West@usdoj.gov