**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

OCT ⁃ 5 2023

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                        INDICTMENT NO. 5:23CR110.KKC.MAS

**KEITH LAMONT STALLWORTH and**
**PAIGE V. GRAVES**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 10, 2023, in Fayette County, in the Eastern District of

Kentucky, and elsewhere,

**KEITH LAMONT STALLWORTH**

did knowingly and intentionally possess with the intent to distribute 500 grams or more

of a mixture or substance containing a detectable amount of methamphetamine , a

Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)

On or about August 10, 2023, in Fayette County, in the Eastern District of

Kentucky,

**KEITH LAMONT STALLWORTH,**

in furtherance of the drug trafficking crime charged in Count 1 of this Indictment for which he may be prosecuted in a court of the United States, did knowingly possess a firearm, to wit: a Palmetto State Armory 5.7 handgun (S/N RK019368), all in violation of 18 U.S.C. § 924(c)(1).

## COUNT 3
### 21 U.S.C. § 856(a)

On or about July 1, 2023, the exact date unknown and continuing and including August 10, 2023, in Fayette County, in the Eastern District of Kentucky,

**KEITH LAMONT STALLWORTH
and PAIGE V. GRAVES**

did knowingly open, use, and maintain a place, to wit a residence on Stone Avenue, Lexington, Fayette County, Kentucky, whether permanent or temporarily, for the purpose of distributing controlled substances, all in violation of 21 U.S.C. § 856(a).

**A TRUE BILL**

███████████████████████

**FOREPERSON**

_____
**CARLTON S. SHIER IV
UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not less than 10 years nor more than Life Imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**COUNT 2:** Not less than 5 years imprisonment, but not more than Life imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release consecutive to a term of imprisonment for a qualifying underlying conviction.

**COUNT 3:** Not more than 20 years imprisonment, not more than a $500,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.