UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CRIMINAL NO. 5:23-CR-110-KKC-MAS

UNITED STATES OF AMERICA     PLAINTIFF

v.     **<u>AGREED ORDER</u>**

KEITH LAMONT STALLWORTH     DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon Joint Motion by the Plaintiff, United States of America, and Defendant, Keith Stallworth, to enter this Agreed Briefing Schedule; having reviewed the record, and being otherwise sufficiently advised hereby **ORDERS** as follows:

1. The Joint Motion (DE #710 is **GRANTED**; and,

2. Plaintiff and Defendant shall file their proposed Jury Instructions and Memorandum's Supporting their respective jury instructions relating to Count 4, charging a violation of 18 USC § 924(c)(1)(a) by possessing a machine gun in furtherance of drug trafficking, on or before September 16, 2024.

Entered this the 23rd day of August, 2024.

*[Signature: Karen K. Caldwell]*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

**HAVE SEEN; AGREED UPON:**

*/s/ Roger W. West*

_____

ROGER WEST
*COUNSEL FOR PLAINTIFF*

*/s/ Philip C. Lawson*

_____

PHILIP C. LAWSON
*COUNSEL FOR DEFENDANT*