UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KEITH LAMONT STALLWORTH,
    Defendant.

CRIMINAL NO. 5:23-CR-110-KKC

**VERDICT FORM**

## Count 3

**Question 1**: As to Count 3, we unanimously find the Defendant KEITH STALLWORTH:

Guilty __✓__          Not Guilty _____

**Proceed to Count 4.**

## Count 4

**Question 2**: As to Count 4, we unanimously find the Defendant KEITH STALLWORTH:

Guilty __✓__          Not Guilty _____

If you answered "Guilty" in response to Question 2, proceed to Question 2(a) on the next page.

If you answered "Not Guilty" in response to Question 2, skip Question 2(a) and proceed to Count 5.

**Question 2(a)**: With respect to Count 4, please indicate your finding below regarding whether the government has proved beyond a reasonable doubt that the firearm in Count 4 is a "machinegun" and that Defendant KEITH STALLWORTH knew the firearm had the characteristics of a machinegun:

__✓__ we unanimously find that the firearm in Count 4 is a machinegun and that Defendant KEITH STALLWORTH knew the firearm had the characteristics of a machinegun.

_____ we do not unanimously find that the firearm in Count 4 is a machinegun or we do not unanimously find that Defendant KEITH STALLWORTH knew the firearm had the characteristics of a machinegun.

**Proceed to Count 5.**

## Count 5

**Question 3**: As to Count 5, we unanimously find the Defendant KEITH STALLWORTH:

Guilty __✓__                    Not Guilty _____

**Proceed to Count 7.**

## Count 7

**Question 4**: As to Count 7, we unanimously find the Defendant KEITH STALLWORTH:

Guilty __✓__                    Not Guilty _____

**Proceed to Count 8.**

## Count 8

**Question 5**: As to Count 8, we unanimously find the Defendant KEITH STALLWORTH:

Guilty __✓__                    Not Guilty _____

__53__                           __8/27/2025__

Foreperson's Juror Number        Date

2