**DEFENDANT'S EXHIBIT 1**

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Keith Stallworth  208 Stone Ave #3
Paige Graves

FILE NO.:
G-DEP IDENTIFIER:
FILE TITLE:
DATE: 8-10-2023

DIVISION/DISTRICT OFFICE:
Louisville Field Division / Lexington R.O.

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Vehicle | 30 Round mag w/ 10 rounds .40 cal - Driver side Door | Evidence - Morgan |
| Vehicle | 1 small bag of unknown gray powder - Passenger seat | Evidence - King |
| Vehicle | 2 cell phones (iPhone model A1532) unknown S/N - Center Console | Evidence - King |
| Stallworth person | Firearm - Palmetto State Armory 5.7 Black 24K019368 | Evidence - Cobb |
| Stallworth person | 2 bags of white powder - Front left pocket | Evidence - Steve Cobb |
| Stallworth person | Wallet w/ ID/social different name - pants pocket | Evidence - Steve Cobb |
| Vehicle | 1 bag suspected meth - Driver Seat | Evidence - Cobb |
| Stallworth person | 24 rounds of 5.7 loaded in firearm | Evidence - Cobb |
| Paige person | Dollar bill w/ suspected methamphetamine | Evidence - Vazquez |
| Office | Box of assorted .45 ammo | Evidence - McHugh |
| Shelf office | Bill counter model OSG/UV/MG | Evidence - Trueblood |
| Shelf office | Kilo Press | Evidence - Trueblood |
| Office | 2 boxes of .22 ammo | Evidence - McHugh |
| Back left bedroom | Box and magazine of .22 | Evidence - Vazquez |
| Front bedroom | Box of suspected fentanyl | Evidence - Clements |
| Front bedroom | Suspected fentanyl pills and container | Evidence - Clements |

RECEIVED BY (Signature): [signature]
NAME AND TITLE (Print or Type): TFO Steward

WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): TFO COBB

FORM DEA-12 (8-02) Previous editions obsolete
Electronic Form Version Designed in JetForm 5.2 Version

USA-00000010

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Keith Stallworth    208 Stone Ave #3

Paige Graves

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 8-10-2023

**DIVISION/DISTRICT OFFICE**

Louisville Division / Lexington R.O.

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Front bedroom | 2 bags of suspected Methamphetamine | Evidence - Clements |
| Front Bedroom | 1 bag of white hard substance | Evidence - Clements |
| Front Bedroom | 1 Bag of suspected Marijuana | Evidence - Clements |
| given to my office | 1 Kilo press | Evidence - Trueblood |
| office | 1 Magazine | Evidence - Trueblood |
| office | Bottle of suspected cut agent | Evidence - Trueblood |
| office | Bottle of suspected percocets | Evidence - Trueblood |
| office | Bags of suspected cut agent | Evidence - Trueblood |
| office | Bag of suspected methamphetamine | Evidence - Trueblood |
| Front bedroom | Glock handgun black no serial visible | Evidence - Clements/King |
| Front bedroom | Glock 27 .40 cal BFBS864 | Evidence - King |
| Front bedroom | Extended mag. #cal of Rounds / .9mm cal magazine | Evidence - King |
| Front bedroom | Mail matter Paige Graves | Evidence - King |
| Front bedroom | Two bags of suspected Fentanyl | Evidence - King |
| Front Bedroom | Mail matter / visa card for Keith Stallworth | Evidence - King |
| Front bedroom | 3 AR 223/556 loaded magazines | Evidence - Harrison |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
TFO Steward

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
TFO COBB

FORM DEA-12 (9-00) Previous editions obsolete

USA-00000011

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Keith Stullworth   208 Stone Ave #3
-Paige Graves

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 8-10-2023

DIVISION/DISTRICT OFFICE

Louisville Division   Lexington R.O.

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Front bedroom | Assorted Ammo 556 | Evidence - Harrison |
| Safe Front bedroom | "Monsta" Pendant | Evidence - Trulock/Cobb |
| Paige Graves Person | Android Cell phone | Evidence - Vazquez |
| | Nothing Else Taken | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
TFO Steward

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
TFO Cobb

FORM DEA-12 (9-00) Previous editions obsolete

USA-00000012