# REPORT OF INVESTIGATION

Page 1 of 8

| | | |
|---|---|---|
| 1. Program Code | 2. Cross Related Files File | Redacted |
| 5. By: Travis R Steward, TFO<br>   At: LEXINGTON, KY RESIDENT OFFICE | ☐<br>☐<br>☐<br>☐ | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>   ☐ Action Requested By: | ☐ | 8. Date Prepared<br>08-15-2023 |
| 9. Other Officers: TFO Clements, TFO Travis, TFO Parke, TFO Mcintosh, TFO Harrison, SA Trueblood SA Moore, SA Mchugh, RAC Vazquez | | |
| 10. Report Re: Arrest of Paige GRAVES, Execution of Search warrant at 208 Stone Ave #3 and Acquisition of exhibits 43-53 and non- drug exhibits N-56-N59 | | |

## SYNOPSIS

On August 10th, 2023, members of the DEA Lexington Resident Office, ATF and Kentucky State Police arrested Paige GRAVES during the execution of a state issued search warrant at 208 Stone Avenue #3 Lexington, Kentucky 40508. (**AGENT's NOTE**: Reference to DEA-6 report titled "Arrest of Keith STALLWORTH and Acquisition of Exhibits 39,40,41,42 on August 10th, 2023")

## DETAILS

1. On August 10th, 2023, members of the DEA Lexington Resident Office, ATF and Kentucky State Police executed a search warrant at 208 Stone Avenue #3 Lexington, Kentucky. After detaining and placing Keith STALLWORTH under arrest while outside of the residence (reference above listed DEA 6), members of the DEA Lexington Resident Office knocked and announced their presence on the front door of apartment #3. After receiving no response from inside of the residence, members of the DEA forced entry into the apartment. Members of the DEA announced their presence again and made contact with Paige GRAVES and Tamonta STALLWORTH in the living room. Both subjects were called out of the residence and detained for the execution of the search warrant.

2. GRAVES was placed under arrest for state of Kentucky warrants for arrest. Upon search incident to arrest, RAC Vazquez located a dollar bill folded up with suspected methamphetamine inside weighing approximately 53.6gg (Exhibit 43)

| 11. Distribution:<br>    Division<br><br>    District<br><br>    Other | 12. Signature (Agent)<br><br>  /s/ Travis R Steward, TFO | 13. Date<br>08-16-2023 |
|---|---|---|
| | 14. Approved (Name and Title)<br>  /s/ Ana J Vazquez, RAC | 15. Date<br>08-17-2023 |

DEA Form   - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

Redacted

4.
Page 2 of 8

5. Program Code

6. Date Prepared
08-15-2023

3. At approximately 2:20 pm, members of the DEA Lexington Residence office began their search of 208 Stone Avenue #3. During the search, the following items were found and seized, via a DEA-12:

- pill bottle containing suspected oxycodone weighing approximately 61gg (Exhibit 44) in office/drug processing room
- approximately 182.6gg of suspected methamphetamine (Exhibit 45) in office/drug processing room/true-narc confirmed
- approximately 35gg of suspected cocaine (Exhibit 46) in office/drug processing room/true-narc confirmed
- approximately 56gg of suspected cocaine base (Exhibit 47) in front bedroom/true-narc confirmed
- approximately 92gg of suspected cocaine (Exhibit 48) in front bedroom in crown royal bag/true-narc confirmed
- approximately 173.4gg of suspected methamphetamine (Exhibit 49) in front bedroom in crown royal bag/true-narc confirmed
- approximately 126.3gg of suspected fentanyl pills in a black container (Exhibit 50) in front bedroom in crown royal bag
- approximately 109.2gg of suspected marijuana (Exhibit 51) in front bedroom
- approximately 46gg of suspected fentanyl in two bags (Exhibit 52) in front bedroom
- approximately 413.5gg of unknown powder in a white bottle (Exhibit 53) in office
- Numerous bags of suspected cutting agent (Exhibit N-56) in office/drug processing room
- American brand Kilo press (Exhibit N-57) in office/drug processing room
- American brand Kilo press with jack (Exhibit N-58) in office/drug processing room
- white/black money counter (Exhibit N-59) in office/drug processing room
- 1 handgun magazine in office/drug processing room seized by ATF
- Glock handgun unknown model no serial number visible in front bedroom seized by ATF
- Glock 27 .40 caliber handgun serial number BFBS864 in front bedroom seized by ATF

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA-00000208

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

Redacted

4. Page 3 of 8

5. Program Code

6. Date Prepared
08-15-2023

- Extended mag with ammunition .9mm caliber in front bedroom seized by ATF
- Mail matter with Paige Graves name in front bedroom, seized but will be given back to counsel
- Mail matter and visa card with Keith STALLWORTH name in front bedroom, seized but will be given back to counsel
- 3 AR .223/.556 loaded magazines in front bedroom seized by ATF
- Box of assorted .45 caliber ammunition in office/drug processing room seized by ATF
- 2 boxes of .22 caliber ammunition in office/drug processing seized by ATF
- Box of .22 caliber ammunition and magazine of .22 ammunition in back left bedroom seized by ATF
- assorted .556 ammunition in front bedroom seized by ATF
- "MONSTA" pendant in safe located in front bedroom, seized but will be given back to counsel
- Android Cell phone on GRAVES person, seized but will be given back to counsel

4. Upon conclusion of the search, miranda rights were read to both subjects. GRAVES did not make any statements. All law enforcement cleared the area and GRAVES/STALLWORTH were placed under arrest and transported to Fayette County Detention Center with federal holders. DNA Sample Collection Kits will be obtained from both subjects prior to their initial appearance in the Eastern District of Kentucky.

## CUSTODY OF EVIDENCE

(DRUG)

1. Exhibit 43- Exhibit 43 is approximately 53.6 gross grams of suspected methamphetamine. Exhibit 43 was seized during a search warrant by RAC Ana Vazquez from Paige Graves person at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by SA Christy McHugh. On the same day, TFO Zac Travis transported exhibit 43 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA-00000209

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
(Continuation)

1. File No.    2. G-DEP Identifier

**Redacted**

4. Page 4 of 8

5. Program Code

6. Date Prepared
08-15-2023

it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

2. Exhibit 44- Exhibit 44 is approximately 60 gross grams of suspected oxycodone pills. Exhibit 44 was seized during a search warrant by SA Michael Trueblood from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by SA Christy McHugh. On the same day, TFO Zac Travis transported exhibit 43 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

3. Exhibit 45- Exhibit 45 is approximately 182.6 gross grams of suspected methamphetamine. Exhibit 45 was seized during a search warrant by SA Michael Trueblood from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by SA Christy McHugh. On the same day, TFO Zac Travis transported exhibit 45 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

4. Exhibit 46- Exhibit 46 is approximately 35 gross grams of suspected cocaine. Exhibit 46 was seized during a search warrant by SA Michael Trueblood from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by SA Christy McHugh. On the same day, TFO Zac Travis transported exhibit 46 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

5. Exhibit 47- Exhibit 47 is approximately 56 gross grams of suspected crack cocaine. Exhibit 47 was seized during a search warrant by TFO Thomas Clements from the residence of Keith Stallworth and Paige Graves

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA-00000210

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
(Continuation)

| | 1. File No. | 2. G-DEP Identifier |
| --- | --- | --- |
| | Redacted | YND5B |

4. Page 5 of 8

5. Program Code

6. Date Prepared: 08-15-2023

located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by ATF SA Russell King. On the same day, TFO Zac Travis transported exhibit 47 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

6. Exhibit 48- Exhibit 48 is approximately 92 gross grams of suspected cocaine. Exhibit 48 was seized during a search warrant by TFO Thomas Clements from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by ATF SA Russell King. On the same day, TFO Zac Travis transported exhibit 48 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

7. Exhibit 49- Exhibit 49 is approximately 173.4 gross grams of suspected methamphetamine. Exhibit 49 was seized during a search warrant by TFO Thomas Clements from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by ATF SA Russell King. On the same day, TFO Zac Travis transported exhibit 49 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

8. Exhibit 50- Exhibit 50 is approximately 126.3 gross grams of suspected fentanyl. Exhibit 50 was seized during a search warrant by TFO Thomas Clements from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by ATF SA Russell King. On the same day, TFO Zac Travis transported exhibit 50 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA-00000211

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

4.
Page 6 of 8

5. Program Code

Redacted

9. Exhibit 51- Exhibit 51 is approximately 109.2 gross grams of suspected marijuana. Exhibit 51 was seized during a search warrant by TFO Thomas Clements from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by ATF SA Russell King. On the same day, TFO Zac Travis transported exhibit 51 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

10. Exhibit 52- Exhibit 52 is approximately 46 gross grams of suspected fentanyl. Exhibit 52 was seized during a search warrant by ATF SA Russell King from the residence of Keith Stallworth and Paige Graves located at 208 Stone Avenue, #3, Lexington, KY 40508 on 08-10-2023, as witnessed by TFO Thomas Clements. On the same day, TFO Zac Travis transported exhibit 52 to the DEA Lexington Resident Office, as witnessed by SA Jason Moore. On the same date SA Christy McHugh and TFO Travis processed the exhibit in the prescribed manner and placed it into temporary drug storage until it was mailed to the Mid-Atlantic lab on a later date.

11. Exhibit 53- Exhibit 53 is a white bottle of suspected cutting agent. Exhibit 53 was seized by SA Michael Trueblood at 208 Stone Avenue #3 Lexington Kentucky. Exhibit 53 was seized in the office portion of the residence and witnessed by SA Christy Mchugh. On 8-10-2023, TFO Zachery Travis transported exhibit 53 to the DEA Lexington Resident Office as witnessed by SA Jason Moore and placed in temporary storage. On 8-14-2023, TFO Steward retrieved exhibit 53 and processed the exhibit and placed it in DEA LRO Non-Drug storage as witnessed by TFO Travis until it was mailed to the Mid-Atlantic lab on a later date.

(NON-DRUG)

1. Exhibit N-56 is numerous bags of suspected cutting agent. N-56 was seized by SA Michael Trueblood at 208 Stone Avenue #3 Lexington Kentucky. N-56 was seized in the office portion of the residence and witnessed by SA Christy Mchugh. On 8-10-2023, TFO Zachery Travis transported N-56 to the DEA Lexington Resident Office as witnessed by SA Jason Moore and placed in a temporary storage locker. On 8-14-2023, TFO

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA-00000212

U.S. Department of Justice
Drug Enforcement Administration

REPORT OF INVESTIGATION
(Continuation)

Redacted

4.
Page 7 of 8

5. Program Code

6. Date Prepared
08-15-2023

Steward retrieved N-56 and processed the exhibit and placed it in DEA LRO Non-Drug storage as witnessed by TFO Travis.

2. Exhibit N-57 is an American brand Kilo press. N-57 was seized by SA Michael Trueblood at 208 Stone Avenue #3 Lexington Kentucky. N-57 was seized in the office portion of the residence and witnessed by SA Christy Mchugh. On 8-10-2023, TFO Zachery Travis transported N-57 to the DEA Lexington Resident Office as witnessed by SA Jason Moore and placed in a temporary storage locker. On 8-14-2023, TFO Steward retrieved N-57 and processed the exhibit and placed it in DEA LRO Non-Drug storage as witnessed by TFO Travis.

3. Exhibit N-58 is an American brand Kilo press with a jack. N-58 was seized by SA Michael Trueblood at 208 Stone Avenue #3 Lexington Kentucky. N-58 was seized in the office portion of the residence and witnessed by SA Christy Mchugh. On 8-10-2023, TFO Zachery Travis transported N-58 to the DEA Lexington Resident Office as witnessed by SA Jason Moore and placed in a temporary storage locker. On 8-14-2023, TFO Steward retrieved N-58 and processed the exhibit and placed it in DEA LRO Non-Drug storage as witnessed by TFO Travis.

4. Exhibit N-59 is a white/black money counter. N-59 was seized by SA Michael Trueblood at 208 Stone Avenue #3 Lexington Kentucky. N-59 was seized in the office portion of the residence and witnessed by SA Christy Mchugh. On 8-10-2023, TFO Zachery Travis transported N-59 to the DEA Lexington Resident Office as witnessed by SA Jason Moore and placed in a temporary storage locker. On 8-14-2023, TFO Steward retrieved N-59 and processed the exhibit and placed it in DEA LRO Non-Drug storage as witnessed by TFO Travis.

ATTACHMENTS

1. Search Warrant

2. DEA-12

INDEXING

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA-00000213

| U.S. Department of Justice | | | |
|---|---|---|---|
| Drug Enforcement Administration | | | |
| REPORT OF INVESTIGATION *(Continuation)* | 1. File No.<br>KT-21-0029 | | 2. G-DEP Identifier<br>YND5B |
| | 3. File Title<br>EVANS, Timothy | | |
| 4. Page 8 of 8 | | | |
| 5. Program Code | 6. Date Prepared<br>08-15-2023 | | |

1. GRAVES, Redacted

2. STALLWOR Redacted

3. STALLWORTH, Tomanta: Redacted 084, Address: 426 Logan Redacted

Remarks: On scene at 208 Stone Avenue #3 during the execution of a Search Warrant on August 10th, 2023

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA-00000214