

DEFENDANT'S
EXHIBIT

3



USA-00000109





Media   Playback   Audio   Video   Subtitle   Tools   View   Help

2023-08-10 15:13:50 -0400
AXON BODY 3 X60A2424Q

1:03:24

1:15:37