

DEFENDANT'S EXHIBIT 4