**DEFENDANT'S EXHIBIT 5**

3

U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Evidence Identification Tag

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EX11 # |
|---|---|---|---|
| 775065-23-0048 | SEIZED ADMINISTRATIVELY | 8/10/2023 | 000003 |

**DESCRIPTION OF PROPERTY**
FIREARM: MACHINE-GUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 27GEN4, CAL: 40, SN: BFBS864

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: Stallworth, Keith<br>208 Stone AV,<br>Lexington KY 40508- | Stallworth, Keith |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 8/10/23 |
| [signature] Mark Clu | 8-17-23 |
| [signature] Ryan Cardill  out to FEO Exam | 11/27/2023 |

**BAR CODE INFORMATION**
2905581

QQ1

**SPECIAL INSTRUCTIONS/REMARKS**
Found loaded with ATF Item 000004. Found in back right bedroom in top left dresser drawer with indicia for STALLWORTH

**LOUO // LAW ENFORCEMENT SENSITIVE**

ATF Form 3400.11
Revised November 2004

(over)



| Date | Chain of Custody | Purpose of Custody Change |
|---|---|---|
| 27 NOV 23 | Received by: (Signature) *[signature]* <br> Print Name and Title: Miller John F20 | Exam F20 |
| 11/27/2023 | Received by: (Signature) *Ryan Caudill* <br> Print Name and Title: RYAN CAUDILL | Back to vault |
| 11/29/23 | Received by: (Signature) *Mark Olivares* <br> Print Name and Title: Mark Olivares | in vault |
| 02/23/24 | Received by: (Signature) *[signature]* <br> Print Name and Title: EDWARD J. DUERSON TFO | FUNCTION TESTING |

Evidence Identification Tag (cont'd)

ATF Form 3400.11
Revised November 2004

Evidence Identification Tag (cont'd)

| Date | Chain of Custody | Purpose of Custody Change |
|---|---|---|
| 2-23-24 | Received by: (Signature) *Mark Olivares* <br> Print Name and Title: Mark Olivares | check-in |
| 4/22/24 | Received by: (Signature) *John Morgan* <br> Print Name and Title: John Morgan | check out defense exam |
| 4/23/24 | Received by: (Signature) *Mark Olivares* <br> Print Name and Title: Mark Olivares | check in |
| 2-16-25 | Received by: (Signature) *Mark Oli...* <br> Print Name and Title: | court cancelled |

ATF Form 3400.11
Revised November 2004