| Title of Investigation: Keith Stallworth | Investigation Number: Redacted | Report Number: 1 |
|---|---|---|

## SUMMARY OF EVENT:

**OPENING - EVIDENCE INTO ATF PROPERTY:** On August 10, 2023, Special Agent (SA) Jack Morgan with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assisted the Drug Enforcement Administration (DEA) with a search warrant at the residence of Keith STALLWORTH. SA Morgan collected several items of property on scene.

## NARRATIVE:

1. On August 10, 2023, SA Morgan assisted the DEA with a search warrant at 208 Stone Avenue, Lexington, KY. The residents, Keith STALLWORTH (B/M, DOB: [Redacted] 1984, SSN: [Redacted] 6525) and Paige GRAVES (B/F, DOB: [Redacted] 1991, SSN: [Redacted] 1041) were present during the execution of the warrant. STALLWORTH arrived at the residence in his vehicle and attempted to flee. Once arrested, he was found with a firearm in his waistband and narcotics in his pocket by DEA Task Force Officer Steve Cobb and SA Morgan. STALLWORTH explained, unprovoked and in the presence of SA Morgan, that everything in the residence belonged to him. The firearm and loaded ammunition found on his person include the following:

    *ATF ITEM #1: PALMETTO STATE ARMORY, TYPE: PISTOL, MODEL: ROCK, CAL: 57, SN: RK019368 (LOADED WITH ITEM #2)*

    *ATF ITEM #2: AMMUNITION, QTY: 24, MNF: UNKNOWN, CAL: 57 (FOUND IN ITEM #1)*

2. The vehicle was searched in the driveway and a large quantity of narcotics were found. In addition, the following items were found in the driver side door by SA Morgan:

    *ATF ITEM #8: AMMUNITION, QTY: 10, MNF: HORNADY, CAL: 40 (FOUND IN ITEM #9)*

    *ATF ITEM #9: FIREARM PARTS AND ACCESSORIES, EXTENDED 29 ROUND MAGAZINE CHAMBERED FOR .40 S&W*

3. After the residence was secured and GRAVES was arrested, the residence was searched. Additional narcotics and narcotic related items were found along with the following firearm related items:

| Prepared by: John Morgan | Title: Special Agent, Lexington III Field Office | Signature: [signed] | Date: Digitally signed by JOHN MORGAN Date: 2023.11.03 15:46:40 -04'00' |
|---|---|---|---|
| Authorized by: Brian D. Beardsley | Title: Resident Agent in Charge, Lexington III Field Office | Signature: [signed] | Date: Digitally signed by BRIAN BEARDSLEY Date: 2023.11.03 17:12:15 -04'00' |
| Second level reviewer (optional): Robert S. Morrow | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

*ATF ITEM #7: AMMUNITION, QTY: 100, MNF: CCI, CAL: 22 (FOUND IN OFFICE BY DEA SA MCHUGH)*

*ATF ITEM #10: AMMUNITION, QTY: 47, MNF: WINCHESTER-WESTERN, CAL: 45 (FOUND IN OFFICE BY DEA SA MCHUGH)*

*ATF ITEM #11: FIREARM PARTS AND ACCESSORIES, 5.7 CALIBER FIREARM MAGAZINE (FOUND IN OFFICE BY DEA SA TRUEBLOOD)*

*ATF ITEM #12: FIREARM PARTS AND ACCESSORIES, .22 FIREARM MAGAZINE (FOUND IN REAR BEDROOM BY DEA RAC VAZQUEZ)*

*ATF ITEM #13: AMMUNITION, QTY: 44, MNF: ASSORTED, CAL: 22, (FOUND IN REAR BEDROOM BY DEA RAC VAZQUEZ)*

*ATF ITEM #3: ==MACHINE-GUN==, MNF: ==GLOCK GMBH==, TYPE: PISTOL, MODEL: 27GEN4, CAL: 40, ==SN: BFBS864== (FOUND IN MASTER BEDROOM BY ==ATF SA KING==) (LOADED WITH ITEM #4 IN EXTENDED MAGAZINE)*

-The above firearm was in the left-side dresser drawer with various pieces of men's jewelry, beard cream, and indicia belonging to STALLWORTH.

*ATF ITEM #4: AMMUNITION, QTY: 14, MNF: HORNADY, CAL: 40 (FOUND IN ITEM #3)*

*ATF ITEM #5: HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 43, CAL: 9, SN: ZWH526 (FOUND IN MASTER BEDROOM BY ATF SA KING AND DEA TFO CLEMENTS) (LOADED WITH ITEM #6)*

-The above firearm was in the right-side dresser drawer with female garments and indicia belonging to GRAVES.

*ATF ITEM #6: AMMUNITION: AMMUNITION, QTY: 7, MNF: ASSORTED, CAL: 9 (FOUND IN ITEM #5)*

*ATF ITEM #14: FIREARM PARTS AND ACCESSORIES, THREE (3) 5.56/.223 CALIBER FIREARM MAGAZINES (FOUND IN MASTER BEDROOM BY DEA TFO HARRISON)*

*ATF ITEM #15: AMMUNITION, QTY: 24, MNF: ASSORTED, CAL: 223 (FOUND IN MASTER BEDROOM BY DEA TFO HARRISON)*

*ATF ITEM #16: AMMUNITION, QTY: 25, MNF: ASSORTED, CAL: 556 (FOUND IN MASTER BEDROOM BY DEA TFO HARRISON)*

4. 

a) ███████ ███████ 6
███████████ ██ ████/█████, ██ █████

b) ███ ████ ████████████ 2
████████ ██ ██████ █

c) ████ █████ ██████████ 6
████, ███ █████

d) ████ █████ ██████████ 3
██, ██ █████ █████ e

e) █████ █████ ████████ 8
██ ██████████, ██ █████
██████ ██ █████████

5. ████ ███████ ██ ██████ ██ ████████ ██████ ██████. ██ ████████ ██ ██ ██ ████████ ██ ██████████:

a) ████ █████ ██████████ /
████████ █ ██████, ██ █████



b. ██ ██████ ████ ██ ██ ██████ ██████ ████ ██ ██ █████ ██████ ██ ██████ ██ ██ ████.

ATTACHMENTS:
ATF Property Summary Reports
DEA search warrant return
███████ ████████ ███████ (██████████)
██ ████████ ████████ (██████████)
███ ████████ ████████ (██████)
██ ████████ ████████ (██████)
Copy of DEA/KSP Photos and Videos
Trace Reports