UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CRIMINAL NO. 5:23-CR-110-KKC-MAS

UNITED STATES OF AMERICA            PLAINTIFF

v.            **ORDER**

KEITH LAMONT STALLWORTH            DEFENDANT

*****************

This matter is before the Court on Motion of the Defendant, Keith Stallworth's, to enter a Judgment of Acquittal under FRCP 29 or, in the alternative, order a new trial under FRCP 33; having reviewed the record, heard arguments from counsel, and being otherwise sufficiently advised; **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Judgment of Acquittal is **GRANTED**;

2. The jury's verdict regarding Question 2(a) is **VACATED**; and,

3. Judgment is entered on Question 2(a) finding that Defendant did not know that the subject firearm had the characteristics of a machinegun.

Entered this the _____ day of _____, 2025.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY