# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CRIMINAL NO. 23-CR-110-KKC

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                  **MOTION TO CONTINUE SENTENCING**

KEITH LAMONT STALLWORTH                                DEFENDANT

*******

Comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectively moves this Court for an Order to continue the Sentencing hearing currently set for December 1, 2025. The prior assigned Assistant US Attorney assigned to the case has retired, and the case has just been reassigned to the undersigned. The undersigned was contacted by US Probation and additional time is needed to discuss and prepare the Presentence Report. Counsel for the Defendant has no objection to a continuance.

                                         Respectfully submitted,

                                         PAUL C. McCAFFREY
                                         ACTING UNITED STATES ATTORNEY

                  BY: /s/ *Cynthia T. Rieker*
                          Cynthia T. Rieker
                          Assistant United States Attorney
                          260 W. Vine Street, Suite 300
                          Lexington, KY 40507-1612
                          Cynthia.Rieker@usdoj.gov

## **CERTIFICATE OF SERVICE**

      It is hereby certified that on this the 24th day of October, 2025, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                */s/Cynthia T. Rieker*
                                                Assistant United States Attorney