UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 23-CR-110-KKC

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                            ORDER

KEITH LAMONT STALLWORTH                                     DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion is GRANTED.