UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>V.<br><br>KEITH LAMONT STALLWORTH,<br><br>    Defendant. | CRIM. NO. 5:23-CR-110-KKC-MAS-S-1,<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the government's Motion to Continue Sentencing (DE #129). Counsel for the defendant has no objection to the motion. For reasons stated in the motion, the Court ORDERS:

1) The Motion To Continue Sentencing (DE # 129) is GRANTED.

2) The Sentencing Hearing, currently scheduled December 1, 2025, is CONTINUED to February 12, 2026 at 11:00 a.m. at Lexington, Kentucky.

This 24th day of October, 2025.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY